1  Errol H. Stambler
   10880 Wilshire Blvd., Suite 1050
2  Los Angeles, Ca 90024
3  Ca Bar # 58374
   estambler@msn.com
4
   Telephone: 310-473-4525
5  Facsimile : 310-475-8187

6  Attorney for Defendant: Mirna Vasquez-Valenzuela

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 07-11-MMM |
| Plaintiff, ) | [~~Proposed~~] Orders, In the Alternative |
| v. ) | |
| ~~MIRNA VASQUEZ-VALENZUELA~~, ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document, Notice to the Court under seal and In Camera shall be filed under seal and in camera.

DATED: FEB 22, 2008    By _Margaret M. Morrow_
                            United States District Judge

**OR**

LODGED
2008 FEB 22 AM10: 45

1   NO GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that the
2   Defendant's Application to File Under Seal and In Camera is DENIED. The lodged
3   documents, "Document," shall not be filed but rather returned to the Office of Errol H.
4   Stambler..

6   DATED: _____, 2008       By_____
7                                       United States District Judge

10  Presented by:

12  Errol H. Stambler
    Attorney at Law